# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                                       Chapter 13

                                                       Bankruptcy No. 17-15652-MDC

DAWN ROBERTS

2721 PLOVER STREET

PHILADELPHIA, PA 19153-

       Debtor

## CERTIFICATE OF SERVICE

       **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

      DAWN ROBERTS

      2721 PLOVER STREET

      PHILADELPHIA, PA 19153-

Counsel for debtor(s), by electronic notice only.

      JOHN L. MCCLAIN
      JOHN L MCCLAIN AND ASSOCIATES
      PO BOX 123
      NARBERTH, PA 19072-

                                                            /S/ William C. Miller

Date: 3/9/2018                                          _____

                                                            William C. Miller, Esquire
                                                            Chapter 13 Standing Trustee