**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---------------------------------------------------------x
In re:                                                   :
                                                         :     Chapter 13
      DAWN ROBERTS,                          :
                                                         :     Bankruptcy No. 17-15652 (MDC)
                    Debtor.                 :
---------------------------------------------------------x

**PRAECIPE TO WITHDRAW OBJECTION**
**TO CONFIRMATION OF THE PLAN**

TO THE CLERK OF THE BANKRUPTCY COURT:

      Kindly withdraw the Objection to the Confirmation of the Plan (Docket No. 38) filed by the City of Philadelphia on April 10, 2018.

      Respectfully submitted,

      THE CITY OF PHILADELPHIA

Dated: October 15, 2018    By:    /s/ Megan N. Harper
      Megan N. Harper
      Deputy City Solicitor
      City of Philadelphia Law Department
      1401 JFK Blvd., 5th Floor
      Philadelphia, PA  19102-1595
      215-686-0503 (phone)
      215-686-0588 (facsimile)
      Email: Megan.Harper@Phila.gov