## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Dawn Roberts aka Dawn E. Roberts<br>　　　　　　　　　Debtor<br><br>Ditech Financial LLC<br>　　　　　　　　　Movant<br>　　vs.<br><br>Dawn Roberts aka Dawn E. Roberts<br>　　　　　　　　　Respondent | CHAPTER 13<br><br><br><br><br>NO. 17-15652 MDC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection of Ditech Financial LLC to Confirmation of Chapter 13 Plan, which was filed with the Court on or about April 18, 2018 (Document No. 39).

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　215-627-1322

October 17, 2018