*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Dawn Roberts
    Debtor(s)

Case No: 17−15652−mdc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

\*\*RESCHEDULED
Motion for Relief from Stay RE: Property Address 2721 Plover Street, Philadelphia, PA 19153. Filed by DITECH FINANCIAL LLC Represented by JEROME B. BLANK

on: 1/8/19

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  12/10/18

Timothy B. McGrath
Clerk of Court

60 − 56
Form 167