United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-15652-mdc
Dawn Roberts                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Eileen            Page 1 of 2              Date Rcvd: Dec 10, 2018
                              Form ID: 167            Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 12, 2018.
```
db              +Dawn Roberts,    2721 Plover Street,    Philadelphia, PA 19153-2217
13970810        +City Of Philadelphia,    Parking Violations Branch,    P.O. Box 56048,    Phila., PA 19130-6048
14028421         Directv, LLC,    by American InfoSource LP as agent,    PO Box 5008,
                  Carol Stream, IL 60197-5008
14124244         Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 55116-0408
13970815        +John L. McClain and Associates,    PO Box 123,    Narberth, PA 19072-0123
13970817        +P H E A A/HCB,    Attn: Bankruptcy,    1200 N 7th St  3rd Floor,    Harrisburg, PA 17102-1444
13988167        +PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
13970821        +Trident Asset Management,    Attn: Bankruptcy,    PO Box 888424,    Atlanta, GA 30356-0424
14050133         US Department of Education,    PO Box 16448,    Saint Paul, MN 55116-0448
13970822        +Us Dept Ed,    ECMC/Bankruptcy,    PO Box 16408,    St Paul, MN 55116-0408
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr               E-mail/Text: megan.harper@phila.gov Dec 11 2018 02:26:30      City of Philadelphia,
                  Law Department,    c/o Megan N. Harper,    1401 JFK Blvd. Room 580,    Philadelphia, PA  19102
cr              +E-mail/PDF: gecsedi@recoverycorp.com Dec 11 2018 02:30:37      Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13970808         E-mail/Text: membersolutions@ardentcu.org Dec 11 2018 02:25:49      Ardent Federal Credit,
                  1500 Spring Garden St St,    Philadelphia, PA 19130
14044718         E-mail/Text: megan.harper@phila.gov Dec 11 2018 02:26:31      City of Philadelphia,
                  Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                  Philadelphia, PA  19102-1595
13970809        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 11 2018 02:30:08      Capital One,
                  Attn: Bankruptcy,    PO Box 30253,    Salt Lake City, UT 84130-0253
13970812        +E-mail/Text: bankruptcy.bnc@ditech.com Dec 11 2018 02:25:55      Ditech,    Attn: Bankruptcy,
                  PO Box 6172,    Rapid City, SD 57709-6172
14016650         E-mail/Text: bankruptcy.bnc@ditech.com Dec 11 2018 02:25:55      Ditech Financial LLC,
                  PO Box 6154,    Rapid City, SD  57709-6154
13970813         E-mail/Text: cio.bncmail@irs.gov Dec 11 2018 02:25:53      IRS/ Special Procedures,
                  P.O. Box 21125,    Philadelphia, PA  19114
14004215         E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 11 2018 02:26:21      Jefferson Capital Systems LLC,
                  Po Box 7999,    Saint Cloud Mn 56302-9617
13970814         E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 11 2018 02:26:21      Jefferson Capital Systems, LLC,
                  16 McLeland Rd,    Saint Cloud, MN 56303
14016587         E-mail/PDF: resurgentbknotifications@resurgent.com Dec 11 2018 02:30:43
                  LVNV Funding, LLC its successors and assigns as,    assignee of NCOP Capital III, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14016588         E-mail/PDF: resurgentbknotifications@resurgent.com Dec 11 2018 02:30:43
                  LVNV Funding, LLC its successors and assigns as,    assignee of CVF Consumer Acquisition,
                  Company,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14012599        +E-mail/Text: bankruptcydpt@mcmcg.com Dec 11 2018 02:26:17      MIDLAND FUNDING LLC,
                  PO BOX 2011,    WARREN, MI 48090-2011
13970816        +E-mail/Text: bankruptcydpt@mcmcg.com Dec 11 2018 02:26:17      Midland Funding,
                  Attn: Bankruptcy,    PO Box 939069,    San Diego, CA 92193-9069
13970819         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 11 2018 02:30:09
                  Portfolio Recovery,    PO box 41067,    Norfolk, VA 23541
14008718         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 11 2018 02:29:43
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13971667        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 11 2018 02:30:38
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14001781         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 11 2018 02:26:10
                  Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
                  Harrisburg PA 17128-0946
13970818        +E-mail/Text: nod.referrals@fedphe.com Dec 11 2018 02:25:51      Phelan, Hallinan & Schmieg, LLP,
                  1617 JFK Boulevard, Ste 1400,    Philadelphia, PA 19103-1814
13981036        +E-mail/Text: bankruptcy@philapark.org Dec 11 2018 02:26:37      Philadelphia Parking Authority,
                  701 Market Street Suite 5400,    Philadelphia, PA 19106-2895
13970820        +E-mail/Text: Supportservices@receivablesperformance.com Dec 11 2018 02:26:37
                  Receivables Performance Mgmt,    Attn: Bankruptcy,    PO Box 1548,    Lynnwood, WA 98046-1548
13977196         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 11 2018 02:41:02      T Mobile/T-Mobile USA Inc,
                  by American InfoSource LP as agent,    PO Box 248848,    Oklahoma City, OK  73124-8848
                                                                                               TOTAL: 22

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN  55116-0408
13970811*       +Dawn Roberts,    2721 Plover Street,    Philadelphia, PA 19153-2217
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2           User: Eileen              Page 2 of 2              Date Rcvd: Dec 10, 2018
                               Form ID: 167              Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 10, 2018 at the address(es) listed below:
              JEROME B. BLANK    on behalf of Creditor    DITECH FINANCIAL LLC paeb@fedphe.com
              JIM   PEAVLER    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              JOHN L. MCCLAIN    on behalf of Debtor Dawn  Roberts aaamcclain@aol.com,    edpabankcourt@aol.com
              MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
               karena.blaylock@phila.gov
              REBECCA ANN SOLARZ    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Dawn Roberts
    Debtor(s)                                            Case No: 17–15652–mdc
                                                            Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

\*\*RESCHEDULED
Motion for Relief from Stay RE: Property Address 2721 Plover Street, Philadelphia, PA 19153. Filed by DITECH FINANCIAL LLC Represented by JEROME B. BLANK

    on: 1/8/19

    at: 10:30 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 12/10/18

Timothy B. McGrath
Clerk of Court

60 – 56
Form 167