Statement of Earnings for: **DAWN ROBERTS**

_Northeast Treatment Centers Inc._
_499 N. Fifth St._
_Philadelphia PA 19123_

| PAY PERIOD BEGIN | PAY PERIOD END | FORM NUMBER |
|---|---|---|
| 01/18/2019 | 01/31/2019 | 14181249 |
| **Employee #** | **CHECK DATE** | **PAY AMOUNT** |
| 012752 | 02/07/2019 | 1,310.82 |

| EARNING DESCRIPTION | HOURS | RATE | CURRENT | YEAR |
|---|---|---|---|---|
| Holiday | 8.00 | 31.2500 | 250.00 | 1,000.00 |
| Regular | 72.00 | 31.2500 | 2,250.00 | 6,500.00 |
| **EARNING TOTALS** | 80.00 | | 2,500.00 | 7,500.00 |

| DEDUCTION DESCRIPTION | CURRENT | YEAR |
|---|---|---|
| 403B Contribution | 15.00 | 45.00 |
| *AD&D Employer Paid | 0.50 | 1.50 |
| Bankruptcy Deduction | 410.00 | 930.00 |
| *Basic Life Employer Paid | 1.75 | 5.25 |
| *Dental Employer Paid | 10.92 | 32.76 |
| Dental Insurance | 8.93 | 26.79 |
| *LTD Employer Paid | 8.13 | 24.39 |
| *Medical Insur Employer Paid | 328.66 | 985.98 |
| Medical Insurance | 82.17 | 246.51 |
| Voluntary Emp Life | 16.65 | 49.95 |
| **DEDUCTION TOTALS** | 532.75 | 1,298.25 |

| TAX DESCRIPTION | FILING | CURRENT | YEAR |
|---|---|---|---|
| Fed. Income Tax | S-1 | 299.68 | 899.04 |
| Fed. Medicare Tax | | 34.93 | 104.79 |
| Fed. Social Security Tax | | 149.35 | 448.05 |
| PA State Income Tax | S-1 | 73.95 | 221.85 |
| PA Unemployment - Employee | | 1.50 | 4.50 |
| Philadelphia resident tax | | 97.02 | 291.06 |
| **TAX TOTALS** | | 656.43 | 1,969.29 |

| BENEFIT ACCRUALS | HOURS USED YTD | HOURS AVAILABLE |
|---|---|---|
| **BENEFIT ACCRUAL TOTALS** | | |

| NET PAY DESCRIPTION | CURRENT | YEAR |
|---|---|---|
| ACHSAVE1  Acct:XXXX6001 | 1,310.82 | 4,232.46 |
| **NET PAY TOTALS** | 1,310.82 | 4,232.46 |

499N5TH

* Denotes payment item not included in net pay calculation

Statement of Earnings for: **DAWN ROBERTS**

*Northeast Treatment Centers Inc.*
*499 N. Fifth St.*
*Philadelphia PA 19123*

| PAY PERIOD BEGIN | PAY PERIOD END | FORM NUMBER |
|---|---|---|
| 01/04/2019 | 01/17/2019 | 14053448 |
| **Employee #** | **CHECK DATE** | **PAY AMOUNT** |
| 012752 | 01/24/2019 | 1,460.82 |

| EARNING DESCRIPTION | HOURS | RATE | CURRENT | YEAR |
|---|---|---|---|---|
| Holiday | | | | 750.00 |
| Regular | 80.00 | 31.2500 | 2,500.00 | 4,250.00 |
| **EARNING TOTALS** | **80.00** | | **2,500.00** | **5,000.00** |

| DEDUCTION DESCRIPTION | CURRENT | YEAR |
|---|---|---|
| 403B Contribution | 15.00 | 30.00 |
| *AD&D Employer Paid | 0.50 | 1.00 |
| Bankruptcy Deduction | 260.00 | 520.00 |
| *Basic Life Employer Paid | 1.75 | 3.50 |
| *Dental Employer Paid | 10.92 | 21.84 |
| Dental Insurance | 8.93 | 17.86 |
| *LTD Employer Paid | 8.13 | 16.26 |
| *Medical Insur Employer Paid | 328.66 | 657.32 |
| Medical Insurance | 82.17 | 164.34 |
| Voluntary Emp Life | 16.65 | 33.30 |
| **DEDUCTION TOTALS** | **382.75** | **765.50** |

| TAX DESCRIPTION | FILING | CURRENT | YEAR |
|---|---|---|---|
| Fed. Income Tax | S-1 | 299.68 | 599.36 |
| Fed. Medicare Tax | | 34.93 | 69.86 |
| Fed. Social Security Tax | | 149.35 | 298.70 |
| PA State Income Tax | S-1 | 73.95 | 147.90 |
| PA Unemployment - Employee | | 1.50 | 3.00 |
| Philadelphia resident tax | | 97.02 | 194.04 |
| **TAX TOTALS** | | **656.43** | **1,312.86** |

| BENEFIT ACCRUALS | HOURS USED YTD | HOURS AVAILABLE |
|---|---|---|
| **BENEFIT ACCRUAL TOTALS** | | |

| NET PAY DESCRIPTION | CURRENT | YEAR |
|---|---|---|
| ACHSAVE1 Acct:XXXX6001 | 1,460.82 | 2,921.64 |
| **NET PAY TOTALS** | **1,460.82** | **2,921.64** |

\* Denotes payment item not included in net pay calculation

499N5TH