**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                          : Chapter 13
    **Roberts, Dawn**
    **Debtor**                                          : 17-15652

**SECOND AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE
DEDUCTIONS FOR REMITTANCE TO TRUSTEE**

**TO EMPLOYER:
Northeast Treatment Ctrs. Inc
499 N. Fifth St, Ste A
Philadelphia, PA 19123**

Re:   **Roberts, Dawn** SSN:   xxx-xx-7236

The future earnings of the above named debtor Roberts, Dawn, being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtor's amended chapter 13 plan,

**It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of:  **$520.00 for 16 months (started on September 1, 2017), then as of February 1, 2019, the payments increased to $820 per month for a period of 2 months; then as of this April 1, 2019, the payments shall increase to $960 per month for 41 months,** pro rata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

**$520.00 for 16 months (started on September 1, 2017), then as of February 1, 2019, the payments increased to $820 per month for a period of 2 months; then as of this April 1, 2019, the payments shall increase to $960 per month for 41 months to:** William C. Miller, Trustee, P.O. Box 1799, Memphis, TN  38101-1799

BY THE COURT._____*Magdeline D. Coleman*_____
                          JUDGE

April 3, 2019

Northeast Treatment Ctrs. Inc
499 N. Fifth St, Ste A
Philadelphia, PA 19123

Roberts, Dawn