# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13

**Roberts, Dawn**

    **Debtor**

: 17-15652

## CERTIFICATE OF SERVICE OF
## DEBTOR'S THIRD AMENDED CHAPTER 13 PLAN

I certify that on April 23, 2019 the standing trustee and all creditors of the debtor at their addresses as shown in the schedules accompanying the debtor's petition and from the claims docket were served a copy of the Debtor's Third Amended Chapter 13 Plan either by way of ECF or by first class regular U.S. mail.

Dated: April 23, 2019

    "/s/"Mitchell J. Prince
    John L. McClain, Esquire
    Mitchell J. Prince, Esquire
    Attorneys for debtor

John L. McClain and Associates
PO Box 123
Narberth, PA 19072