Certificate Number: 03088-PAE-DE-037125570

Bankruptcy Case Number: 17-15652



03088-PAE-DE-037125570

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 22, 2023, at 9:04 o'clock PM CST, Dawn E Roberts completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   January 22, 2023                By:   /s/Doug Tonne

                                        Name:  Doug Tonne

                                        Title:  Counselor