United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 17-15652-mdc
Dawn Roberts                                                                        Chapter 13
　　Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 24, 2023 | Form ID: 138OBJ | Total Noticed: 35 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dawn Roberts, 2721 Plover Street, Philadelphia, PA 19153-2217 |
| 13970810 | + | City Of Philadelphia, Parking Violations Branch, P.O. Box 56048, Phila., PA 19130-6048 |
| 14268440 | | DITECH FINANCIAL, Jerome Blank, Esq.,, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza Philadelphia, PA 19103 |
| 13970812 | | Ditech, Attn: Bankruptcy, PO Box 6172, Rapid City, SD 57709 |
| 14016650 | | Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |
| 14268961 | | Ditech Financial LLC., C/O Jerome Blank, Esq., Id. No.49736, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza Philadelphia, PA 19103 |
| 13970815 | | John L. McClain and Associates, PO Box 123, Narberth, PA 19072-0123 |
| 13970818 | + | Phelan, Hallinan & Schmieg, LLP, 1617 JFK Boulevard, Ste 1400, Philadelphia, PA 19103-1814 |
| 13970822 | + | Us Dept Ed, ECMC/Bankruptcy, PO Box 16408, St Paul, MN 55116-0408 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 24 2023 23:54:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 13970808 | | Email/Text: membersolutions@ardentcu.org | Jan 24 2023 23:54:00 | Ardent Federal Credit, 1500 Spring Garden St St, Philadelphia, PA 19130 |
| 14044718 | | Email/Text: megan.harper@phila.gov | Jan 24 2023 23:54:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13970809 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 24 2023 23:58:07 | Capital One, Attn: Bankruptcy, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 14028421 | | Email/Text: G06041@att.com | Jan 24 2023 23:54:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14124244 | | Email/Text: ECMCBKNotices@ecmc.org | Jan 24 2023 23:54:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14571740 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 24 2023 23:58:07 | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 13970813 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 24 2023 23:54:00 | IRS/ Special Procedures, P.O. Box 21125, Philadelphia, PA 19114 |
| 14004215 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 24 2023 23:54:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 13970814 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 24 2023 23:54:00 | Jefferson Capital Systems, LLC, 16 McLeland Rd, Saint Cloud, MN 56303 |
| 14016588 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 24 2023 23:58:04 | LVNV Funding, LLC its successors and assigns as, assignee of CVF Consumer Acquisition, |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Jan 24, 2023 | Form ID: 138OBJ | Total Noticed: 35 |

| | | | |
|---|---|---|---|
| | | | Company, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14016587 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Jan 24 2023 23:58:04 | LVNV Funding, LLC its successors and assigns as, assignee of NCOP Capital III, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14012599 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Jan 24 2023 23:54:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 13970816 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Jan 24 2023 23:54:00 | Midland Funding, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 14491990 | | Email/Text: mtgbk@shellpointmtg.com | |
| | | Jan 24 2023 23:54:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 13970817 | + | Email/Text: bncnotifications@pheaa.org | |
| | | Jan 24 2023 23:54:00 | P H E A A/HCB, Attn: Bankruptcy, 1200 N 7th St 3rd Floor, Harrisburg, PA 17102-1444 |
| 13988167 | + | Email/Text: bncnotifications@pheaa.org | |
| | | Jan 24 2023 23:54:00 | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 13970819 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Jan 24 2023 23:58:08 | Portfolio Recovery, PO box 41067, Norfolk, VA 23541 |
| 14008718 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Jan 24 2023 23:58:08 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13971667 | + | Email/PDF: rmscedi@recoverycorp.com | |
| | | Jan 24 2023 23:58:08 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14001781 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | |
| | | Jan 24 2023 23:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 13981036 | + | Email/Text: bankruptcy@philapark.org | |
| | | Jan 24 2023 23:55:00 | Philadelphia Parking Authority, 701 Market Street Suite 5400, Philadelphia, PA 19106-2895 |
| 13970820 | + | Email/Text: Supportservices@receivablesperformance.com | |
| | | Jan 24 2023 23:55:00 | Receivables Performance Mgmt, Attn: Bankruptcy, PO Box 1548, Lynnwood, WA 98046-1548 |
| 13977196 | | Email/PDF: ebn_ais@aisinfo.com | |
| | | Jan 24 2023 23:58:07 | T Mobile/T-Mobile USA Inc, by American InfoSource LP as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 13970821 | ^ | MEBN | |
| | | Jan 24 2023 23:50:21 | Trident Asset Management, Attn: Bankruptcy, PO Box 888424, Atlanta, GA 30356-0424 |
| 14050133 | | Email/Text: EDBKNotices@ecmc.org | |
| | | Jan 24 2023 23:54:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13970811 | *+ | Dawn Roberts, 2721 Plover Street, Philadelphia, PA 19153-2217 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0313-2                              User: admin                                    Page 3 of 3
Date Rcvd: Jan 24, 2023                           Form ID: 138OBJ                           Total Noticed: 35

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2023                          Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING cwohlrab@raslg.com |
| JEROME B. BLANK | on behalf of Creditor DITECH FINANCIAL LLC jblank@pincuslaw.com |
| JIM PEAVLER | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy1@state.pa.us  RA-occbankruptcy6@state.pa.us |
| JOHN L. MCCLAIN | on behalf of Debtor Dawn Roberts aaamcclain@aol.com  edpabankcourt@aol.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MEGAN N. HARPER | on behalf of Creditor City of Philadelphia megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

---

In Re: Dawn Roberts

                Debtor(s)

Case No: 17−15652−mdc

Chapter: 13

---

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/24/23

114 − 107
Form 138OBJ